UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN D. BOOKER, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:17-CV-162-B (BF) |
| CHARLES W. GAMEROS, JR, | § | |
| COLLIN COUNTY, TEXAS, | § | |
| HOGE & GAMEROS, L.L.P., | § | |
| UNAUTHORIZED PRACTICE | § | |
| COMMITTEE FOR THE SUPREME | § | |
| COURT OF TEXAS, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney dated May 22, 2017. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss [ECF No. 11] is **GRANTED**. Accordingly, Plaintiff's claims shall be dismissed without prejudice.

**SO ORDERED** this 13th day of July, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1